# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jennifer Dennis

                                              Plaintiff,

v.                                                        Case No.: 1:19–cv–05427

                                                                Honorable Elaine E. Bucklo

Greatland Home Health Services, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Agreed motion to extend deadline to file motion for final approval of settlement and petition for approval of attorneys' fees and costs [157] is granted. Joint motion for final approval of class and collective settlement [159] is granted. Plaintiffs' unopposed petition for approval of attorneys' fees, reimbursement of expenses, and service payment to the class representative [160] is granted. Status hearing set for 4/24/2023 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 4/17/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.